**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**Norfolk Division**

In re:

CAVALIER BUILDERS, INC.,  Case No. 08-73461-SCS
　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　　Debtor.

### REPORT OF DEPOSIT OF UNCLAIMED FUNDS

　　　　Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. §347, the trustee submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court in to the Treasury of the United States. Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law. The unclaimed funds represent the dividend(s) due and payable to:

Creditor's Name and Address                                        Amount of Dividend

Patrick Wilson                                                              $597.31
2009 Livingston Oak
Virginia Beach, VA  23464


Dated: March 31, 2010          /s/ Charles L. Marcus
　　　　　　　　　　　　　　　　　 Charles L. Marcus, Trustee
　　　　　　　　　　　　　　　　　 VSB #7020


Charles L. Marcus, Trustee
580 East Main Street, Suite 300
Norfolk, VA  23510
(757) 622-9005


### CERTIFICATE OF SERVICE

　　　　I certify that a true copy of the foregoing Report of Deposit of Unclaimed Funds was sent by first class, postage paid mail on March 31, 2010 to the Office of the U.S. Trustee, Room 625, Federal Building, 200 Granby Street, Norfolk, VA  23510.


　　　　　　　　　　　　　　　　　 /s/ Charles L. Marcus
　　　　　　　　　　　　　　　　　 Charles L. Marcus, Trustee